# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melissa Diane Fitzgerald <u>Debtor(s)</u> | BKY. NO. 16-00165 RNO<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3573

                     Respectfully submitted,

                     <u>**/s/ Thomas Puleo**</u>
                     Thomas Puleo, Esquire
                     James C. Warmbrodt, Esquire
                     KML Law Group, P.C.
                     701 Market Street, Suite 5000
                     Philadelphia, PA 19106-1532
                     (215) 825-6306  FAX (215) 825-6406
                     Attorney for Movant/Applicant