IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE*: | : | CHAPTER 13 |
| | : | |
| MELISSA DIANE FITZGERALD | : | CASE NO. 1:16-bk-00165-RNO |
| Debtor | : | |
| | : | |
| Manufacturers & Traders Trust Company | : | |
| Movant | : | |
| v. | : | |
| | : | |
| Melissa Diane Fitzgerald | : | |
| Respondent | : | |

## CERTIFICATE OF NO OBJECTION

I certify that I have received no objection from the attorney for the Debtor or the Trustee

to the Motion for Relief from Stay and respectfully request this Honorable Court grant the

Motion without a hearing.

DOUGLAS J. SMILLIE

FITZPATRICK LENTZ & BUBBA, P.C.
4001 Schoolhouse Lane, P. O. Box 219
Center Valley, PA 18034-0219
(610) 797-9000

Dated:  May 30, 2017               By:  */s/ Douglas J. Smillie*
                                        Attorney for Manufacturers & Traders
                                        Trust Company