PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
FHAC.241-4399.NF

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

In re                                                                  Bk. No. 16-00165

MELISSA DIANE FITZGERALD,                          Chapter 13

    Debtor.
_____/

## REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant Carrington Mortgage Services, LLC., as Servicing Agent for Bank of America, N.A., its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 619 Wallace Street, York, Pennsylvania 17403 (Loan No. XXXX6032), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: September 7, 2017    By /s/ Dean R. Prober
                                              DEAN R. PROBER, ESQ., CA BAR # 106207
                                              As Agent for Claimant

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Roger Soria, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 9/12/17, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Melissa Diane Fitzgerald
619 Wallace Street
York, PA 17403
Debtor

Sean Patrick Quinlan, Esquire
Quinlan Law Office
2331 Market Street
Camphill, PA 17011
Attorney for Debtor

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 9/12/17, at Woodland Hills, California.

/s/ Roger Soria

2