```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 16-00165-RNO
Melissa Diane Fitzgerald                                            Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AGarner     Page 1 of 1     Date Rcvd: Sep 11, 2017
                  Form ID: pdf010     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2017.
              +Artech Information Systems LLC,    Attn: Employee Payroll, Human Resources,
        360 Mt. Kemble Avenue, Suite 2000,    Morristown, NJ 07960-6662

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db          +E-mail/PDF: angeleyes7217@gmail.com Sep 11 2017 19:03:54      Melissa Diane Fitzgerald,
          619 Wallace Street,    York, PA 17403-1322
                                                                                                                 TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2017                                                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com,  dehartstaff@pamd13trustee.com
              Douglas J. Smillie    on behalf of Creditor    M&T Bank dsmillie@flblaw.com,  ccharlton@flblaw.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Sean Patrick Quinlan    on behalf of Debtor Melissa Diane Fitzgerald spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                      TOTAL: 6

**Sean P. Quinlan, Esquire**
**Quinlan Law Offices**
**3618 N. 6th Street**
**Harrisburg, PA 17110**
**717-724-7503**


U.S. BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
_____
IN RE: Melissa Diane Fitzgerald      : CHAPTER 13
                                     :
Debtor                               : BANKRUPTCY NO. **1: 16-00165 RNO**
                                     : JUDGE: RNO
_____        :_____

ORDER


**Upon consideration of the Debtors Motion for Wage Deduction filed by Sean P. Quinlan,**

**Esquire, Attorney for Debtor, it is hereby ORDERED that**

<u>EMPLOYER SHALL DEDUCT
AND REMIT AND FOR RELATED MATTERS</u>

TO EMPLOYER:   Artech Information Systems LLC
               Attn: Employee Payroll, Human Resources
               360 Mt. Kemble Avenue, Suite 2000
               Morristown, NJ 07960

Debtor's Social Security Number: XXX-XX-9652

    THIS CASE CAME ON FOR consideration upon the Debtor's Motion for Wage Deduction. After being fully informed in the premises, the Court finds that the motion has merit and should be granted. Accordingly, it is

    ORDERED and ADJUDED:

    THIS IS AN ORDER of the United States Bankruptcy Court. **THIS IS NOT A GARNISHMENT.** The above-named debtor/employee, Melissa Diane Fitzgerald, whose social security number is: XXX-XX-9652, who has voluntarily filed a petition and plan under Chapter 13 of the United States Bankruptcy Code seeking to pay, in whole or part,

certain debts under the protection of this Court.  These debts are to be paid by the Chapter 13 Trustee from the debtor/employee's future earnings.

    IT APPEARING to this Court that is appropriate for the Court to assure that the future earnings designated to pay these debts are not used for other purposes.

    IT IS HEREBY ORDERED that:

1. There shall be a Chapter 13 wage-deduction.  Accordingly, the employer shall immediately begin withholding from the wages, salary, commission, or other earnings or income of said debtor/employee, Melissa Diane Fitzgerald, the sums as follows:

   a. The sum of $88.62 Bi-monthly; and shall remit all deductions to the Trustee at the time the deduction is made by the employer, until otherwise ordered by this Court.

2. The employer is enjoined and restrained from discharging, terminating, suspending or discriminating against the above-named debtor/employee on account of the filing of the Chapter 13 Petition of this Chapter 13 Wage Deduction order, for to permit otherwise would render this wage-deduction order a nullity; in the event of discharge, termination or suspension of or discrimination against this debtor/employee for any reason whatsoever the employer is further ORDERED TO NOTIFY the Trustee of the discharge, termination, suspension, or discriminatory action, and the specific reason(s) therefore.

3. If a summons or garnishment concerning the debtor/employee has been served on the employer, this Chapter 13 case automatically enjoins and stays the proceeding pursuant to 11 U.S.C. Section 362(a); and the employer is enjoined and stayed from making any further deductions from the debtor/employee earnings on account of a garnishment, and is ORDERED to remit immediately to the Trustee any sums already deducted and not yet paid over to the garnishment Court.  Any garnishment or payroll deduction for **current** alimony and/or child support shall not be affected by this wage deduction order.

4. This order supercedes any previous order for garnishment or other order issued with respect to the debtor/employees wages.

5. The employer is to mail all remittances with the **Debtor/ Employees name and bankruptcy case number** on the front of the check to: Chapter 13 Trustee, Charles Dehart, P.O. Box 7005, Lancaster, PA 17104, Telephone: (717) 566-6097.

By the Court,

*Robert N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: September 11, 2017