UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE: MELISSA DIANE FITZGERALD

Chapter 13
Case Number: 16-00165

**WITHDRAWAL OF PROOF OF CLAIM**

Creditor, American InfoSource LP as agent for Spot Loan, hereby withdraws its Proof of Claim, filed on 01/25/2016, marked as claim number 2 on the court's claims register, for the account number ending in 0646, and in the amount of $1,605.84.

Dated: 09/15/2017

/s/ Ashley Boswell

American InfoSource LP as agent for Spot Loan
PO Box 248838
Oklahoma City, OK 73124-8838

Reference Number: 5481320Withdraw

0646