UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:   MELISSA DIANE FITZGERALD                     Chapter 13
                                                      Case Number: 16-00165

**WITHDRAWAL OF PROOF OF CLAIM**

    Creditor, Spotloan by American InfoSource LP as agent, hereby withdraws its Proof of Claim, filed on 01/25/2016, marked as claim number 2 on the court's claims register, for the account number ending in 0646, and in the amount of $1,605.84.

Dated: 09/18/2017

/s/ Amanda Matchett

Spotloan by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK  73118

Reference Number: 5481320Withdraw

0646