```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-00165-RNO
Melissa Diane Fitzgerald                                            Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: AGarner             Page 1 of 1              Date Rcvd: Sep 18, 2017
                             Form ID: ntfp             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4743945        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2017 19:11:44
               American InfoSource LP as agent for,   Spot Loan,   PO Box 248838,
               Oklahoma City, OK  73124-8838
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Douglas J. Smillie    on behalf of Creditor   M&T Bank dsmillie@flblaw.com, ccharlton@flblaw.com
              Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Sean Patrick Quinlan    on behalf of Debtor Melissa Diane Fitzgerald spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Thomas I Puleo    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 6

ntfp(06/16)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Melissa Diane Fitzgerald

Chapter 13

**Debtor(s)**

Case number 1:16−bk−00165−RNO

## Notice To Filing Party

**Please take notice that:**

The Withdrawal of Claim #2 is not in compliance with Local Rule 3006−1. Please file an Amended Withdrawal of Claim in this case. Failure to do so may result in a delay in processing this matter.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17108
(717) 901−2800

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: AGarner, Deputy Clerk

Date: September 18, 2017