```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                          Case No. 16-00165-RNO
Melissa Diane Fitzgerald                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AGarner      Page 1 of 1      Date Rcvd: Oct 17, 2017
                         Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db         +E-mail/PDF: angeleyes7217@gmail.com Oct 17 2017 19:09:15     Melissa Diane Fitzgerald,
          619 Wallace Street,   York, PA 17403-1322
                                                                                                                                  TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        Douglas J. Smillie   on behalf of Creditor   M&T Bank dsmillie@flblaw.com,  ccharlton@flblaw.com
        Joshua I Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Sean Patrick Quinlan   on behalf of Debtor 1 Melissa Diane Fitzgerald spqesq@hotmail.com,
         lesliebrown.paralegal@gmail.com
        Thomas I Puleo   on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                      TOTAL: 6

U.S. BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MELISSA DIANE FITZGERALD : CHAPTER 13
Debtor : NO. 1:16-00165 RNO

ORDER

AND NOW, upon consideration of the Motion to Modify Chapter 13 Plan filed by Sean P. Quinlan, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be allowed to Modify the Second Amended Plan by filing a Third Amended Plan.

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: October 17, 2017