LOCAL BANKRUPTCY FORM 9013-3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Chapter 13 |
| Melissa Diane Fitzgerald, : | Bankruptcy Case No. 1:16-bk-00165-RNO |
| Debtor, : | **Nature of Proceeding:** Motion for Relief from Automatic Stay |
| Bank of America, N.A., its assignees and/or successors in interest, : | Document #:51 |
| Movant, : | |
| and : | |
| Melissa Diane Fitzgerald; Charles J. DeHart, III, Trustee, : | |
| Respondents. | |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance_.

Reason for the continuance.

Parties are in the process of negotiating a resolution to the Motion for Relief.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:   November 15, 2017             /s/ Jason Brett Schwartz
                                       Attorney for Movant
                                       Jason Brett Schwartz, Esquire
                                       I.D. No.: 92009
                                       (267) 909-9036

_ No alterations or interlineations of this document are permitted
_ If this is not a first request for continuance, then a Motion for Continuance must be filed.