# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   MELISSA DIANE FITZGERALD                      CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant                                              CASE NO:   1-16-00165-HWV

MELISSA DIANE FITZGERALD

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on June 19, 2019, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of June 19, 2019, the Debtor(s) is/are $767.94 in arrears with a plan payment having last been made on Feb 07, 2019

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

                                                                               Respectfully Submitted,
                                                                               /s/  Liz Joyce
                                                                               for Charles J. DeHart, III, Trustee
                                                                               8125 Adams Drive, Suite A
                                                                               Hummelstown, PA  17036
                                                                              Phone:  (717) 566-6097

Dated: June 19, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MELISSA DIANE FITZGERALD

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CHAPTER 13

CASE NO: 1-16-00165-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 19, 2019, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| SEAN P QUINLAN, ESQUIRE<br>2331 MARKET STREET<br>CAMP HILL, PA 17011- | SERVED ELECTRONICALLY |
| MELISSA DIANE FITZGERALD<br>619 WALLACE STREET<br>YORK, PA 17403 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 19, 2019

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com