```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                          Case No. 16-00165-HWV
Melissa Diane Fitzgerald                                        Chapter 13
      Debtor            CERTIFICATE OF NOTICE
District/off: 0314-1          User: TWilson              Page 1 of 2              Date Rcvd: Jun 24, 2019
                              Form ID: pdf010            Total Noticed: 46
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
```
cr              American InfoSource LP as agent for Spot Loan fka,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
cr             +Bank of America, N.A.,   c/o Prober & Raphael, A Law Corporation,
                 20750 Ventura Boulevard, Suite 100,   Woodland Hills, CA 91364-6207
cr             +Carrington Mortgage Services, LLC,,   c/o Prober & Raphael, A Law Corporation,
                 20750 Ventura Boulevard, Suite 100,   Woodland Hills, CA 91364-6207
cr             +Carrington Mortgage Services, LLC,,   1600 South Douglass Road,   Anaheim, CA 92806-5951
4787624         BANK OF AMERICA, N.A.,   P.O. Box 31785,   Tampa FL 33631-3785
4742203        +Bank of America,   PO Box 31785,   Tampa, FL 33631-3785
4742204        +Barclaycard,   Card Services,   PO Box 13337,   Philadelphia, PA 19101-3337
4967443        +Carrington Mortgage Services, LLC.,   c/o PROBER & RAPHAEL, A LAW CORPORATION,
                 20750 Ventura Boulevard, Suite 100,   Woodland Hills, California 91364-6207
4968256        +Carrington Mortgage Services, LLC., as Servicing,   Agent for Bank of America, N.A
                 1600 South Douglass Road,   Anaheim, CA 92806-5951
4968257        +Carrington Mortgage Services, LLC., as Servicing,   Agent for Bank of America, N.A
                 1600 South Douglass Road,   Anaheim, CA 92806,   Carrington Mortgage Services, LLC., as S,
                 Agent for Bank of America, N.A 92806-5951
4742208        +Cerulean,   PO Box 31292,   Tampa, FL 33631-3292
4742209        +Easy Comforts,   PO Box 2861,   Monroe, WI 53566-8061
4742206       ++FIRST SAVINGS BANK,   PO BOX 5096,   SIOUX FALLS SD 57117-5096
               (address filed with court: Blaze,   PO Box 2534,   Omaha, NE 68103)
4742211        +First National Credit Card,   PO Box 2496,   Omaha, NE 68103-2496
4742212        +First Premier Bank,   P.O. Box 5529,   Sioux Falls, SD 57117-5529
4762962         M&T BANK,   PO BOX 1508,   BUFFALO, NY 14240-1508
4742217        +Miles Kimball,   PO Box 2860,   Monroe, WI 53566-8060
4742220        +NE Processing,   3521 Seneca Street, Suite 201,   Buffalo, NY 14224-3482
4743513        +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
                 Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db             +E-mail/PDF: angeleyes7217@gmail.com Jun 24 2019 19:21:58     Melissa Diane Fitzgerald,
                 619 Wallace Street,   York, PA 17403-1322
cr              E-mail/Text: camanagement@mtb.com Jun 24 2019 19:22:11     M&T Bank,   One Fountain Plaza,
                 PO Box 4005,   Buffalo, NY 14240
4794330        +E-mail/Text: g20956@att.com Jun 24 2019 19:22:22     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,   KAREN A. CAVAGNARO PARALEGAL,   ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
4761927         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 24 2019 19:22:47
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
4743945         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 24 2019 19:23:02
                 American InfoSource LP as agent for,   Spot Loan,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
4742205        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 24 2019 19:22:11     Blair/Comenity,
                 PO Box 659707,   San Antonio, TX 78265-9707
4742207        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 24 2019 19:22:46     Capital One,
                 P.O. Box 71083,   Charlotte, NC 28272-1083
4762876         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 24 2019 19:23:18
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
4789323        +E-mail/Text: bncmail@w-legal.com Jun 24 2019 19:22:18     Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4742210        +E-mail/Text: bnc-bluestem@quantum3group.com Jun 24 2019 19:22:22     Fingerhut,   PO Box 166,
                 Newark, NJ 07101-0166
4742214        +E-mail/Text: bankruptcy@sccompanies.com Jun 24 2019 19:22:28     Home at Five,
                 1112 7th Avenue,   Monroe, WI 53566-1364
4753458        +E-mail/Text: bankruptcy@sccompanies.com Jun 24 2019 19:22:01     K. Jordan,
                 c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
4742215        +E-mail/Text: bankruptcy@sccompanies.com Jun 24 2019 19:22:01     K. Jordan,   PO Box 2809,
                 Monroe, WI 53566-8009
4742216         E-mail/Text: camanagement@mtb.com Jun 24 2019 19:22:11     M & T Bank,   PO Box 64679,
                 Baltimore, MD 21264
4752415        +E-mail/Text: bankruptcy@sccompanies.com Jun 24 2019 19:22:02     Mason,
                 c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
4774897        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 24 2019 19:22:16     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
4742218        +E-mail/Text: bankruptcy@sccompanies.com Jun 24 2019 19:22:28     Montgomery Ward,
                 3650 Milwaukee Street,   Madison, WI 53714-2304
4742219        +E-mail/Text: Bankruptcies@nragroup.com Jun 24 2019 19:22:27     National Recovery Agency,
                 2491 Paxton Street,   Harrisburg, PA 17111-1036
4786539        +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 24 2019 19:22:19     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
4761018         E-mail/Text: bnc-quantum@quantum3group.com Jun 24 2019 19:22:12
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4761019          E-mail/Text: bnc-quantum@quantum3group.com Jun 24 2019 19:22:12
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
4742221         +E-mail/Text: bankruptcy@sccompanies.com Jun 24 2019 19:22:28     Seventh Avenue,
                 1112 7th Avenue,    Monroe, WI 53566-1364
4752033         +E-mail/Text: bankruptcy@sccompanies.com Jun 24 2019 19:22:02     Stoneberry,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
4742222         +E-mail/Text: bankruptcy@sccompanies.com Jun 24 2019 19:22:02     Stoneberry,    PO Box 2820,
                 Monroe, WI 53566-8020
4742223         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 24 2019 19:22:02
                 Verizon,    P.O. Box 25505,   Lehigh Valley, PA 18002-5505
4742224         +E-mail/PDF: gecsedi@recoverycorp.com Jun 24 2019 19:22:46     Walmart Credit Card,
                 PO Box 530927,    Atlanta, GA 30353-0927
4742225         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 24 2019 19:22:11     Woman Within,
                 PO Box 659728,    San Antonio, TX 78265-9728
                                                                                              TOTAL: 27

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4742213*        +First Premier Bank,   P.O. Box 5529,   Sioux Falls, SD 57117-5529
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2019 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Douglas J. Smillie    on behalf of Creditor    M&T Bank dsmillie@flblaw.com, ccharlton@flblaw.com
              Jason Brett Schwartz    on behalf of Creditor    BANK OF AMERICA, N.A. JSchwartz@mesterschwartz.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Sean Patrick Quinlan    on behalf of Debtor 1 Melissa Diane Fitzgerald spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| MELISSA DIANE FITZGERALD | |
|---|---|
| Debtor 1 | Chapter: 13 |
| | Case No.: 1-16-bk-00165-HWV |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>vs. Movant(s) | |
| MELISSA DIANE FITZGERALD | |
| Respondent(s) | |

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: June 21, 2019

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Bankruptcy Judge (JH)